UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE EXPLORASTORE, L.L.C.,

       Plaintiff,   Civil No. 05-75-HU

  v.   O R D E R

CALIFORNIA SCIENCE CENTER
FOUNDATION,

       Defendant,

HAGGERTY, Chief Judge:

    Magistrate Judge Hubel has issued a Findings and Recommendation (Doc. # 20) in this action. The Magistrate Judge recommended that the action be dismissed for lack of jurisdiction. No objections were filed, and the case was referred to me.

    The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation (Doc. # 20) is adopted. Defendant's Motion to Dismiss (Doc. # 13) is granted, and this action is dismissed for lack of personal jurisdiction. The Alternative Motion to Transfer Venue is denied as moot.

IT IS SO ORDERED.

Dated this   23   day of June, 2005.

                                               /s/Ancer L.Haggerty
                                                       Ancer L. Haggerty
                                          United States District Judge